Abbott Manufacturing Company, defendant in error, v. M. Dencer Company, plaintiff in error. Gen. No. 25,332.

Suit for specific performance of contract to lease, to enjoin forcible detainer suit, and for damages for breach of covenant to repair. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 12, 1920.

Samuel G. Hamblen, for plaintiff in error. Litsinger, Healy & Reid, for defendant in error; James J. Finn, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Equitable Securities Company et al., v. Midland Casualty Company. In re petition of Charles A. White, appellee, v. Equitable Securities Company et al., appellants. Gen. No. 25,476.

Plea of release of errors. Demurrer sustained to plea. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Demurrer sustained. Opinion filed January 19, 1920. Thomson, P. J., dissenting.

Cleland, Lee & Phelps, for appellants. Muller, Gorham, Wales & Noxon, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

City of Chicago, defendant in error, v. George Chandler, plaintiff in error. Gen. No. 25,364.

Prosecution for keeping disorderly house. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Henry M. Seligman, for plaintiff in error. Samuel Ettelson and Harry B. Miller, for defendant in error; Daniel Webster, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Dixon, plaintiff in error. Gen. No. 25,388.

Prosecution for unlawful assemblage. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed January 26, 1920.

William J. Latham, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Charles H. Ravell, appellee, v. Evening American Publishing Company, appellant. Gen. No. 25,400.

Action to recover bonus under advertising contract. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920.

Roy D. Keehn, for appellant; Edward G. Woods, of counsel. Myer Linker, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.